**H. Leon MERRITT, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee,**

**and**

**Steven Meyers; Kenneth Dorner, Defendants.**

No. 04–2003.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2005.

Decided: March 16, 2005.

Bernard R. Corbett, Law Office of Bernard R. Corbett, Alexandria, Virginia, for Appellant.

Paul J. McNulty, United States Attorney, Dennis C. Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

H. Leon Merritt appeals the district court's orders dismissing his tort case and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Merritt v. United States,* No. CA–04–442–1 (E.D. Va. filed June 16 and entered June 18, 2004; filed July 16 and entered July 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*